U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 02 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-10028-01 |
|---|---|---|
| VERSUS | : | DISTRICT JUDGE DRELL |
| OMAR JAMIL SALAM | : | MAGISTRATE JUDGE KIRK |

## O R D E R

CONSIDERING the foregoing Motion to Set Trial Beyond 70 Days of the Initial Appearance by the Defendant, Omar Jamil Salam, and the Government having no objections to same.

The Court finds that the defendant has waived his rights under the Speedy Trial Act and the United States Constitution and for reasons stated in defendant's motion, which are the need for additional time and opportunity to complete preparation of the defense to the charges contained in the indictment, to review the evidence against him and to attempt to negotiate a resolution of the case most favorable to him with the Government, the Court finds that the ends of justice are served by granting a continuance of the setting of the defendant's trial beyond 70 days of the initial appearance, which outweighs the best interest of the public and of the defendant to a speedy trial.

PREMISES CONSIDERED, it is ordered that the foregoing Motion for Trial Setting Beyond the 70 Days of the initial appearance of the defendant and waiver of speedy trial rights be:

DENIED _____

GRANTED ✓

COUNSEL MUST ARRANGE A CONFERENCE CALL WITH THE UNDERSIGNED FOR THE PURPOSE OF ARRANGING A FIXED TRIAL DATE

~~THIS ORDER read, rendered and signed in~~ Alexandria, Louisiana, this 2nd day of October, 2006.

_____
HONORABLE DEE D. DRELL, JUDGE